# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD, and SAMSUNG ELECTRONICS AMERICA, INC. <br><br> Defendants. | Civil Action No. 2:25-cv-00070-JRG-RSP |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND WAIVER OF FOREIGN SERVICE REQUIREMENT

Samsung Electronics Company, Ltd. and Samsung Electronics America, Inc., Defendants herein, without waiving any defenses described or referred to in Rule 12 F.R.C.P., move the Court to extend the time within which Defendants are required to move, answer, or otherwise respond to Plaintiff's Complaint. In support of their Motion, Defendants state as follows:

1. On January 23, 2025, Plaintiff filed its Complaint alleging patent infringement against Samsung Electronics Company, Ltd. and Samsung Electronics America, Inc.

2. On January 28, 2025, Defendant Samsung Electronics America, Inc. was served with Plaintiff's Complaint. Samsung Electronics Company, Ltd. has not yet been served.

3. Counsel for Defendants has agreed to waive service under the Hague Convention for Samsung Electronics Company, Ltd., a foreign entity, in exchange for a 90-day extension of time for all defendants to answer or otherwise plead by May 4, 2025.

4.       Defendants' agreement with Plaintiff should not be construed as a waiver of any other rights or defenses, including, for instance, Defendants' right to file counterclaims, affirmative defenses, or to otherwise challenge the validity of the subject patents.

WHEREFORE, Defendants Samsung Electronics Company, Ltd. and Samsung Electronics America, Inc., respectfully request that the time in which they are required to move, answer, or otherwise respond to Plaintiff's Complaint for Patent Infringement be extended up to and including May 4, 2025.

Dated: February 11, 2025                                  Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Melissa R. Smith*
　　　　　　　　　　　　　　　　　　　　　　　　　　 Melissa R. Smith
　　　　　　　　　　　　　　　　　　　　　　　　　　 State Bar No. 24001351
　　　　　　　　　　　　　　　　　　　　　　　　　　 GILLAM & SMITH, LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　 303 South Washington Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　　 Marshall, Texas 75670
　　　　　　　　　　　　　　　　　　　　　　　　　　 Telephone: (903) 934-8450
　　　　　　　　　　　　　　　　　　　　　　　　　　 Facsimile: (903) 934-9257
　　　　　　　　　　　　　　　　　　　　　　　　　　 Email: melissa@gillamsmithlaw.com

　　　　　　　　　　　　　　　　　　　　　　　　　　 ***Attorney for Defendants***
　　　　　　　　　　　　　　　　　　　　　　　　　　 ***Samsung Electronics Company, Ltd., and***
　　　　　　　　　　　　　　　　　　　　　　　　　　 ***Samsung Electronics America, Inc.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 11th day of February, 2025.

                                                */s/ Melissa R. Smith*
                                                Melissa R. Smith

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendants met and conferred with counsel for Plaintiff. Counsel for Plaintiff indicated that it is unopposed to this motion.

                                                */s/ Melissa R. Smith*
                                                Melissa R. Smith