AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| Wilus Institute of Standards and Technology Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:25-00070 JRG-RSP |
| Samsung Electronics Co., Ltd., ) | |
| ~~Samsung Electronics America Inc.~~ ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Wilus Institute of Standards and Technology Inc.

Date:    04/07/2025

/s/ Adam S. Hoffman
*Attorney's signature*

Adam S. Hoffman, SBN 218740
*Printed name and bar number*

Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90024
*Address*

ahoffman@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 826-6991
*FAX number*

Print    Save As...    Reset